UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF VIRGINIA

LYNCHBURG DIVISION

In Re: Sonya Marie Braxton                                          Case No. 14-61395
      (Debtor)                                                              Chapter 13

## NOTICE

The Clerk will please note a change of address for the Debtor, as follows:

2209 Rivermont Avenue, Apt. 2R
Lynchburg, VA 24503

           Sonya Marie Braxton
           By Counsel
           */s/ Margaret C. Valois*
           Margaret C. Valois
           VSB#66034
           7601 Timberlake Road
           Lynchburg, VA 24502
           (434) 845-4529

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was mailed this date to the debtor, United States Trustee, the Trustee in this case, and to any and all entities affected by the notice.

Date: September 26, 2019

           */s/ Margaret C. Valois*
           Margaret C. Valois
           Counsel for Debtor